**Order entered June 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01278-CR

**HARLAN WAYNE ROUTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80132-2014**

## ORDER

When appellant's brief had not been timely filed, we abated this case and ordered the trial court to hold a hearing. Following that May 19 hearing, a supplemental clerk's record was filed, and we adopted certain findings, including that Marc Fratter should be appointed as new counsel. We then ordered appellant's brief filed by June 24, 2016.

Thereafter, appellant's former counsel appeared at a May 28, 2016 hearing before the trial court. We **ADOPT** the findings from the May 28 hearing that: (1) appellant does desire to pursue this appeal, (2) appellant is not indigent, (3) appellant's retained counsel, Mitchell R. Nolte, failed to "appear at the previous hearing because of an honest scheduling and calendaring error," (4) good cause was shown for Mr. Nolte's failure to appear at the May 19 hearing, and (5)

Mr. Nolte believed he would be able to file appellant's brief within thirty days of the date of the hearing.

Accordingly, we **DIRECT** the Clerk to substitute Mitchell R. Nolte as appellant's retained attorney of record in place of Marc Fratter. We **ORDER** appellant's brief be filed within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Mitchell Nolte, Marc Fratter, and the Collin County District Attorney's Office.

/s/    ADA BROWN
        JUSTICE